IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZARAZUA RAMOS,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD SAVINGS, et al.,<br><br>    Defendants.<br>_____/ | No. Misc. C 07-80249 CRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, proceeding pro se, filed this action against "WORLD SAVINGS, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel" as a miscellaneous action. As plaintiff's papers are incomprehensible and it is impossible for the Court to discern the basis for plaintiff's lawsuit, on October 31, 2007 the Court dismissed plaintiff's lawsuit with 20 days leave to amend.

As of the date of this Order plaintiff has not amended his complaint and has not otherwise communicated with the Court; accordingly, plaintiff's complaint is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: November 28, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80249misc\orderofdismissal2.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2007\80249misc\orderofdismissal2.wpd        2