IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZARAZUA RAMOS,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD SAVINGS, et al.,<br><br>    Defendants.                      / | No. Misc. C 07-80249 CRB<br><br>**ORDER** |

Plaintiff's objection to the Court's order dismissing this action (erroneously titled as "Defendant's objection") is OVERRULED.

**IT IS SO ORDERED.**

Dated: December 21, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80249misc\orderreobjection.wpd